**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS                                                              CASE NO. 3:09cr73 LAC

RICHARD S. IANIERI

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   August 10, 2009
Motion/Pleadings: SEALED MOTION TO CONTINUE THE SENTENCING OF RICHARD S. IANIERI
Filed by GOVERNMENT   on 8/7/2009   Doc.# 9

RESPONSES:

_____   on _____   Doc.# _____
_____   on _____   Doc.# _____

_____ Stipulated     _____ Joint Pldg.
  x    Unopposed      _____ Consented

                                          WILLIAM M. McCOOL, CLERK OF COURT

                                          s/Mary Maloy
LC (1 OR 2)                               Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 12th day of August, 2009, that:*

*(a) The relief requested is **GRANTED** in part.*

*(b) Sentencing not to be set before 22 December 2009.*

                                          s/L.A. Collier
                                          _____
                                          *LACEY A. COLLIER*
                                          *Senior United States District Judge*

Entered On Docket: _____  By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____
_____
_____

Document No.