IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Case Nos. 3:09cr70 LAC and |
| | ) | 3:09cr73 LAC |
| | ) | |
| RICHARD S. IANIERI | ) | |

## MEMORANDUM IN SUPPORT OF MOTION TO AMEND ORDER SETTING CONDITIONS OF RELEASE

The defendant, Richard S. Ianieri, has filed a motion asking this Court to amend its Order Setting Conditions of Release to allow him to travel anywhere in the United States for business purposes and to travel anywhere in Pennsylvania, New Jersey, and Long Island, New York for residence purposes. He respectfully submits this memorandum in support of his motion.

Title 18 of the United States Code, section 3143, is entitled, "Release or detention of a defendant pending sentence or appeal." Section 3143 empowers courts to order the release of a person awaiting sentencing if the person "is not likely to flee or pose a danger to the safety of any other person or the community." 18 U.S.C. 3143(a). If an individual is not likely to flee and does not pose a danger to the community, courts are instructed to release them pursuant to either 18 U.S.C. § 3142(b)(Release on personal recognizance or unsecured appearance bond) or 18 U.S.C. § 3142(c)(Release on conditions). See 18 U.S.C. 3143(a).

This court allowed Mr. Ianieri to remain free pending sentencing pursuant to 18 U.S.C. § 3142(c), which requires that conditions be placed upon the defendant's release. One of the

conditions this court placed on Mr. Ianieri pertained to Mr. Ianieri's travel. This court's order provides the following travel conditions:

> Travel is restricted to the Eastern District of Pennsylvania for residence; Northern District of Florida for court proceedings; Eastern District of Tennessee for attorney visits; District of Massachusetts to visit stepson, Jarrett at Boston University; Middle and Western Districts of Pennsylvania, District of New Jersey, District of Columbia and the Eastern, Southern, Northern and Western Districts of New York for business purposes. All travel is to be approved in advance by Pretrial Services.

Order Setting Conditions of Release (document # 8) at p. 1.

Pursuant to 18 U.S.C. § 3142(c)(3), this Court may amend Mr. Ianieri's travel conditions at any time. Section 3142(c)(3) provides:

> The judicial officer may at any time amend the order to impose additional or different conditions of release.

18 U.S.C. § 3142(c)(3). Pursuant to these statutes, Mr. Ianieri asks this court to amend its detention order to allow him to travel anywhere in the United States for business purposes and to travel anywhere in Pennsylvania, New Jersey, and Long Island, New York for residence purposes.

Mr. Ianieri's current business travel is limited to the following areas of the country:

> Middle and Western Districts of Pennsylvania
> District of New Jersey
> District of Columbia
> Eastern, Southern, Northern and Western Districts of New York

His employers have customers in the following additional states to which he cannot currently travel for business:

> Connecticut
> Rhode Island
> Maryland
> West Virginia

     North Carolina
     South Carolina
     Florida
     California
     Arizona
     Texas
     Illinois
     Massachusetts
     Tennessee
     New Mexico
     Colorado
     Ohio
     Michigan

  Mr. Ianieri needs to be able to travel to customers in other states in order to perform the duties of his employment. While the above list of states includes all the current locations of his customers, he could be called upon in the future to visit new customers in other states not listed above. He, therefore, asks that his business travel be expanded to all of the United States. In the alternative, he asks that he be allowed to travel to each of the above states in the course of his work.

  Mr. Ianieri's current residence travel is limited to the Eastern District of Pennsylvania. Mr. Ianieri lives in Doylestown, Pennsylvania, which is located just 8 miles from the state of New Jersey and 80 miles from New York City. The main commercial corridor for the area in which Mr. Ianieri lives is west to east and encompasses Eastern Pennsylvania, New Jersey and Long Island, New York. Mr. Ianieri would like to be able to travel to New Jersey and Long Island, New York for personal matters in addition to his current residence travel in the Eastern District of Pennsylvania.

  Counsel has spoken with Karen Cook, Mr. Ianieri's Pretrial Services Officer in Pensacola, about the possibility of expanding Mr. Ianieri's travel. Ms. Cook conferred with Mr. Ianieri's Pretrial Services Officer in Pennsylvania and then informed counsel that the Pretrial

Services Office in Pensacola has no objection to any expansion of Mr. Ianieri's travel the court believes is appropriate.

In addition, Assistant United States Attorney Stephen Preisser has reviewed Mr. Ianieri's Motion and Memorandum in Support of Motion to Amend Order Setting Conditions of Release and has no objection to the expansion of Mr. Ianieri's travel.

### **Conclusion**

For all the above reasons, Mr. Ianieri respectfully asks this Court to amend its Order Setting Conditions of Release to allow him to travel anywhere in the United States for business purposes and to travel anywhere in Pennsylvania, New Jersey, and Long Island, New York for residence purposes.

Respectfully submitted this 19th day of August, 2009.

RITCHIE, DILLARD & DAVIES, P.C.

   s/ W. THOMAS DILLARD
W. Thomas Dillard (TN BPR #002020)
Stephen Ross Johnson (TN BPR 022140)
606 W. Main Street, Suite 300
Knoxville, TN 37902
(865) 637-0661
(865) 524-4623 (facsimile)
dillard@rddlawfirm.com
srj@rddlawfirm.com

*Counsel for Richard S. Ianieri*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been furnished by electronic mailing or United States Mail, with proper postage affixed thereon to the following parties on this 19th day of August, 2009.

*By Electronic Mail*
Stephen P. Preisser
Assistant U.S. Attorney
Northern District of Florida
21 East Garden Street, Suite 400
Pensacola, FL 32502

*By Electronic Mail*
Mary Beth Buchanan
United States Attorney
Western District of Pennsylvania
U.S. Courthouse and Post Office
700 Grant Street, Suite 4000
Pittsburgh, PA 15219

*By Electronic Mail*
Karen K. Cook
U.S. Pretrial Services Officer
1 North Palafox Street, Suite 313
Pensacola, FL 32502

   s/   W. THOMAS DILLARD
W. THOMAS DILLARD